Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
MITCHELL & MITCHELL PLLC
1710 N. Washington Street, #200
Spokane, Washington 99205
Telephone: 509-315-9890
Facsimile: 509-315-9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com

Attorneys for Defendant

HONORABLE SAL MENDOZA, JR.

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON AT SPOKANE

| | |
|---|---|
| RICCI PARK,<br><br>            Plaintiff,<br><br>     vs.<br><br>BNSF RAILWAY COMPANY, a<br>Delaware corporation,<br><br>            Defendant. | No.  4:21-CV-5153-SMJ<br><br>**BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES** |

BNSF Railway Company (hereinafter "BNSF"), Answers plaintiff's Complaint as follows:

1.      BNSF admits the above-captioned Court has jurisdiction over claims alleged under the Federal Employers Liability Act (FELA) pursuant to 45 U.S.C. §56 and 28 U.S.C. §1331.  BNSF is not aware of claims alleged which would fall

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 1

under the auspices of 28 U.S.C. §1367 and, therefore, is unable to provide a response at this time.

2. BNSF admits the allegations contained within paragraph 2 of plaintiff's Complaint.

3. BNSF admits plaintiff was employed by BNSF, but corrects the title of plaintiff's employment to that of Tower Operator (locally known as Telegraph Operator), at the time of the incident which forms the basis of plaintiff's Complaint.

4. BNSF admits the allegations contained within paragraph 4 of plaintiff's Complaint to the extent the same pertain to the date of incident alleged within the Complaint. BNSF is without sufficient information at this time to form a response as to the remaining allegations contained within paragraph 4 of plaintiff's Complaint and, therefore, denies the same.

5. The allegations contained within paragraph 5, subparts (a) through (d) inclusive of plaintiff's Complaint constitute legal conclusions, to which no response is warranted. To the extent the Court deems a response warranted, BNSF denies the allegations contained within paragraph 5 of plaintiff's Complaint.

6. The allegations contained within paragraph 6 of plaintiff's Complaint constitute legal conclusions, to which no response is warranted. To the extent the

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 2

Court deems a response warranted, BNSF denies the allegations contained within paragraph 6 of plaintiff's Complaint.

PRAYER FOR RELIEF:

Plaintiff's prayer for relief does not constitute an allegation of fact and no response is warranted.  To the extent the Court deems a response warranted, BNSF requests the Court deny plaintiff's prayer for relief.

**RESERVATION OF RIGHTS:**

As discovery in this matter is continuing and ongoing, BNSF expressly reserves the right to amend, supplement or otherwise edit the foregoing Answer.

BY WAY OF FURTHER ANSWER, AND FOR A STATEMENT OF ITS AFFIRMATIVE DEFENSES, BNSF ALLEGES AS FOLLOWS:

General Denials    BNSF denies each and every allegation and inference, reasonable or otherwise, contained within plaintiff's Complaint not specifically admitted or admitted by an affirmative allegation of fact;

12(b)(6)    BNSF alleges plaintiff has failed to state a claim for which this Court can fashion relief;

Comparative Fault    Plaintiff's damages, if any, were caused in whole or in part by the negligence of plaintiff and any award to which plaintiff may be entitled is subject to reduction as provided in 45 U.S.C. §53;

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 3

Off Set / Credit    Pursuant to 45 U.S.C. §51 *et seq*, and as otherwise permitted by Federal law, BNSF is entitled to off-set, credit, or deduction as to any amounts previously paid, or which shall be paid, to plaintiff through the Railroad Retirement Board, advances or supplemental sickness benefits, relative to this litigation;

Pre-Judgment Interest    Plaintiff is not entitled to an award of pre-judgment interest pursuant to *Monessen Southwestern Railway v. Morgan*, 486 U.S. 330 (1988).

## RESERVATION OF RIGHTS:

As discovery in this matter is continuing and ongoing, BNSF expressly reserves the right to amend, supplement or otherwise edit the foregoing Statement of Affirmative Defenses.

## JURY DEMAND:

BNSF requests this matter be heard by a Jury.

Having Answered plaintiff's Complaint, BNSF requests the following relief:

A.    Plaintiff's Complaint be dismissed with prejudice;

B.    BNSF be awarded costs and reasonable attorneys' fees incurred in responding to plaintiff's Complaint; and

//

//

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 4

C.    Other relief which the Court deems equitable and just.

DATED this 4th day of January 2022.

MITCHELL & MITCHELL PLLC

By:   /s/ Andrew Mitchell
            Andrew Mitchell, WSBA 30399
            Vicki L. Mitchell, WSBA 31259
            1710 N. Washington St., #200
            Spokane, WA 99205
            T: (509) 315-9890 / F: (509) 315-9891
            amitchell@mitchell-lp.com
            vmitchell@mitchell-lp.com
            Attorneys for Defendant

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 5

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 4th day of January 2022, I electronically filed the preceding pleading with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

Paul Bovarnick                pbovarnick@rsblaw.net
Kay Teague                    kay@rsblaw.net


Further, I hereby certify there are no non-CM/ECF participants upon whom service is required in this matter.


By:   /s/ Andrew Mitchell
Andrew Mitchell, WSBA 30399
Vicki L. Mitchell, WSBA 31259
1710 N. Washington St., #200
Spokane, WA 99205
T: (509) 315-9890 / F: (509) 315-9891
amitchell@mitchell-lp.com
vmitchell@mitchell-lp.com
Attorneys for Defendant

BNSF RAILWAY COMPANY'S ANSWER AND STATEMENT OF AFFIRMATIVE DEFENSES - 6